James F. Williams, WSBA #23613
JWilliams@perkinscoie.com
Travis A. Exstrom, WSBA #39309
TExstrom@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
Blair Television, Inc.

HONORABLE EDWARD F. SHEA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

| | |
|---|---|
| BLAIR TELEVISION, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KHQ, INC.,<br><br>　　　　　Defendant. | No. CV-10-046-EFS<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION |

The Court, having considered the Stipulation for Dismissal of Action filed by Plaintiff Blair Television, Inc. and Defendant KHQ, Inc., and being fully advised in the premises, now, therefore, it is hereby

ORDERED that this action shall be and is hereby dismissed with prejudice and without costs and attorneys fees for either party as against the other. This file shall be CLOSED.

DATED this __20th__ day of __May__, 2010.

　　　　　　　　　　　　　　　　　　　s/ Edward F. Shea
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING
STIPULATION FOR DISMISSAL OF
ACTION (No. CV-10-046-EFS) – 1
73011-0001/LEGAL18353547.1